# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| GENETTE PARKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: **1:22-cv-04934-SEG-LTW**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Genette Parks ("Plaintiff") and Defendants Experian Information Solutions, Inc., ("Experian") and Equifax Information Services, LLC ("Equifax") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. There are no remaining Defendants.

///

1

RESPECTFULLY SUBMITTED this 31st day of January 2023.

>By: *s/Jenna Dakroub*
>Jenna Dakroub, GA #385021
>**PRICE LAW GROUP, APC**
>8245 N. 85th Way
>Scottsdale, AZ 85258
>Telephone: (818) 600-5513
>Fax: (818) 600-5513
>E: jenna@pricelawgroup.com
>*Attorney for Plaintiff,*
>*Genette Parks*