# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GENETTE PARKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 1:22-cv-04934-SEG-LTW |

## ORDER

Before the Court is the parties' Stipulation to Dismiss Defendant Experian Information Solutions, Inc. ("Experian").

After careful review, and for good cause shown, it is ordered that the stipulation is approved.

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Experian only, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

**SO ORDERED** this 14th day of April, 2023.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE