# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# (ATLANTA DIVISION)

| | |
|---|---|
| GENETTE PARKS, | Case No.: 1:22-cv-04934-SEG-LTW |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Genette Parks ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax. Plaintiff and Equifax have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release. There are no remaining defendants in this matter.

///

1

RESPECTFULLY SUBMITTED this 28th day of April 2023,

By: */s/ Jenna Dakroub**/s/ N. Charles Campbell*
Jenna Dakroub, GA #385021N. Charles Campbell
**PRICE LAW GROUP, APC**Ga. Bar No. 210929
8245 N. 85th Waycharles.campbell@equifax.com
Scottsdale, AZ 85258Legal Counsel - Litigation
Telephone: (818) 600-5513Equifax Legal Department
Fax: (818) 600-55131550 Peachtree Street
E: jenna@pricelawgroup.comAtlanta, Georgia 30309
Ph. 404-885-8066

*Attorney for Plaintiff*
*Genette Parks**Counsel for Equifax Information*
*Services LLC*