# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GENETTE PARKS,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>          Defendants. | Case No.: 1:22-cv-04934-SEG-LTW |

## ORDER

Before the Court is the parties' Stipulation to Dismiss Defendant Equifax Information Services, LLC ("Equifax").

After careful review, and good cause appearing; **IT IS ORDERED** that the Stipulation is **GRANTED**. The above-entitled matter is hereby dismissed with prejudice, as to Defendant Equifax, with attorneys' fees and costs to be paid as indicated in the parties' settlement agreement.

**SO ORDERED** this 1st day of May, 2023.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE